# No. 23-1193

_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

TRIBE OF TWO, LLC,

Appellant,

v.

KATHERINE K. VIDAL,
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office,

Intervenor.

_____

On Appeal from the United States Patent and
Trademark Trial and Appeal Board, Opposition No. 91254933

_____

**APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR FILINGAPPELLANT'S REPLY BRIEF**

_____

4857-2434-9003v.2 0201380-000001

# **CERTIFICATE OF INTEREST**

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

**1.     Represented Entities.** Fed. Cir. R. 47.4(a)(1).
*Provide the full names of all entities represented by undersigned counsel in this case.*

    Tribe of Two, LLC

**2.     Real Party in Interest.** Fed. Cir. R. 47.4(a)(2).
*Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.*

    None/Not Applicable

**3.     Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3).
*Provide the full names all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.*

    None/Not Applicable

**4.     Legal Representatives**.
*List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.*

    G. Roxanne Elings, *Counsel for Appellant Tribe of Two, LLC*
    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor, New York, NY 10020

    Steven E. Klein, *Counsel for Appellant Tribe of Two, LLC*
    DAVIS WRIGHT TREMAINE LLP
    1300 SW Fifth Avenue, Ste. 2400, Portland, OR 97209

    Nicole Medeiros, *Counsel for Appellant Tribe of Two, LLC*
    DAVIS WRIGHT TREMAINE LLP
    50 California St., 23rd Floor, San Francisco, CA 94111

Marlise M. Ervin, *Representative for Appellee Eritaj Design Corp.*
ERITAJ DESIGN CORPORATION DBA TRENCH STREET
15507 S. Normandie Ave. #516, Los Angeles, CA 90247

**5.     Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

    None/Not Applicable

**6.     Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases)and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    None/Not Applicable

                                      */s/    Steven E. Klein*
                                      Steven E. Klein

                                      *Counsel for Appellant Tribe of Two, LLC*

Dated: August 16, 2023

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Appellant, Tribe of Two, LLC, respectfully requests a thirty-one (31) day extension of time, to and including October 2, 2023,[1] to file its reply brief in this appeal. The reply brief is presently due September 1, 2023. No other extensions of time have previously been requested by Appellant or granted for this brief. Counsel for Intervenor, Christina J. Hieber, has stated that Intervenor does not oppose the requested extension.

There is good cause to grant the requested extension. The requested additional time to prepare Appellant's reply brief is needed due to a combination of the heavy workload of Appellant's counsel, including pressing deadlines in other litigation matters to which counsel appearing in this case are also involved, as well as a previously scheduled leave of Appellant's lead counsel.

As required by Fed. Cir. R. 26(b)(3), a declaration is attached.

### CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 31-day extension of time, to and including October 2, 2023, to file its reply brief.

---

[1] Under a 30-day extension, the reset deadline would fall on a Sunday.

2

| | |
|---|---|
| Dated: August 16, 2023 | Respectfully Submitted, |

*/s/     Steven E. Klein*
G. Roxanne Elings
  *Counsel of Record*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas,
  21st Floor
New York, NY 10020
Telephone: 212-603-6416
Facsimile: 212-379-5226
Email: roxanneelings@dwt.com

Steven E. Klein
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Ste. 2400
Portland, OR 97209
Telephone: 503-778-5287
Facsimile: 503-276-5783
Email: stevenklein@dwt.com

Nicole Medeiros
DAVIS WRIGHT TREMAINE LLP
50 California St., 23rd Floor, San Francisco, CA 94111
Telephone : 415-276-6541
Facsimile: 415-276-6599
Email: nicolemedeiros@dwt.com

# UNITED STATES COURT OF APPEALS
# FOR THE FEDREAL CIRCUIT

| | |
|---|---|
| **TRIBE OF TWO, LLC,** | |
| *Appellant,* | |
| V. | Appeal No. 23-1193 |
| **KATHERINE K. VIDAL,** Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | |
| *Intervenor*. | |

## DECLARATION OF STEVEN E. KLEIN
## IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME FOR FILING APPELLANT'S REPLY BRIEF

I, Steven E. Klein, hereby declare:

1. I am Of Counsel with Davis Wright Tremaine LLP and one of the attorneys representing the Appellant, Tribe of Two, LLC, in this case.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of Appellant's Unopposed Motion for Extension of Time for Filing Appellant's Reply Brief.

3. I believe good cause exists for the extension.

4. The requested additional time to prepare Appellant's reply brief is need due to the heavy workload of Appellant's attorneys, including pressing

deadlines in other litigation matters in which I and the other counsel have appeared in this case are also involved, as well as the previously scheduled leave of lead counsel Roxanne Elings.

     5.    Counsel for Intervenor, Christina J. Hieber, has stated that Intervenor does not oppose Appellant's motion to seek a 31-day extension of time, under which Appellant's reply brief will be due on October 2, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2023

                                              */s/   Steven E. Klein*
                                              Steven E. Klein

                                              *Counsel for Appellant Tribe of Two, LLC*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Circuit Rule 32(a) or Federal Rule of Appellate Procedure 27(d)(2). This motion contains 576 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Appellate Procedure 27(d) and the type-style requirements of the Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

          /s/   Steven E. Klein
          Steven E. Klein

          *Counsel for Appellant Tribe of Two, LLC*

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing motion and attachments were submitted to the Court, and thereby served on all parties by the CM/ECF system as follows:

>Thomas W. Krause, Solicitor
>Farheena Yasmeen Rasheed, Deputy Solicitor
>Christina J. Hieber
>Daniel Patrick Donegan
>Mary Beth Walker
>United States Patent and Trademark Office
>Office of the Solicitor
>P.O. Box 1450, Mail Stop 8
>Alexandria, VA 22313
>christina.hieber@uspto.gov
>daniel.donegan@uspto.gov
>thomas.krause@uspto.gov
>farheena.rasheed@uspto.gov
>marybeth.walker@uspto.gov

>/s/   Steven E. Klein
>Steven E. Klein
>
>*Counsel for Appellant Tribe of Two, LLC*

Dated: August 16, 2023